NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1437

O2 MICRO INTERNATIONAL LIMITED,

Plaintiff-Appellee,

v.

TAIWAN SUMIDA ELECTRONICS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:03-CV-00007, Judge T. John Ward.

ON MOTION

O R D E R

The court notes that Taiwan Sumida Electronics, Inc. (TSE) has not filed a status report.

The court's May 16, 2007 order directed TSE to file a status report within 21 days of the court's disposition in 2006-1411. That appeal was decided on March 5, 2009 and the mandate issued on May 29, 2009. Thus, TSE is directed to respond how this appeal should proceed in view of the court's disposition in 2006-1411.

Accordingly,

IT IS ORDERED THAT:

TSE is directed to inform the court how it believes this appeal should proceed within 14 days of the date of filing of this order. O2 Micro International Limited may also respond within that time.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Duane H. Mathiowetz, Esq.
      Nathan Lane, III, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK